1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:19-CR-00013-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL TRANSCRIPT AND FOR COPY OF THE PRETRIAL SERVICES REPORT |
| DARNELL PEARSON, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the transcript of the January 18, 2019 *ex parte* in camera hearing be unsealed as to the government only for submission under seal to the Ninth Circuit Court of Appeals in its response to the defendant's appeal of the detention order in 19-100030.

IT IS FURTHER ORDERED that Pretrial Services provide the government with a copy of the Pretrial Services report prepared in the above-captioned matter to the government so the report can be provided under seal to the Ninth Circuit Court of Appeals in the government's response to the defendant's appeal of the detention order in Case No. 19-100030.

/////
/////
/////
/////

Order

IT IS FURTHER ORDERED that the Pretrial Services report be provided to the government no later than noon on Thursday February 21, 2019.

IT IS SO ORDERED.

Dated: __**February 20, 2019**__  _____
UNITED STATES DISTRICT JUDGE

ORDER