| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | LAUREL J. MONTOYA |
|   | MICHAEL G. TIERNEY |
| 3 | JUSTIN J. GILIO |
|   | Assistant United States Attorney |
| 4 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 5 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 1:19-CR-00013-LJO |
| Plaintiff, | |
| v. | **STIPULATION AND PROTECTIVE ORDER** |
| **DARNELL PEARSON,** | |
| Defendant. | |

WHEREAS, the discovery in this investigation contains a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, residential addresses, and medical records ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a target or subject of the investigation in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

Therefore, Darnell PEARSON, by and through his counsel of record Barbara O'Neill, ("Defense Counsel"), and the United States of America ("Government"), by and through Assistant United States Attorney Laurel J. Montoya, Michael G. Tierney, and Justin J. Gilio, hereby agree and stipulate as follows:

STIPULATION AND PROTECTIVE ORDER

1

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorney(s), designated defense investigators, and support staff. Defense Counsel may discuss the documents with Darnell PEARSON, defense investigators, and support staff but may not give Darnell PEARSON a copy of the discovery in this matter including the Protected Information. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Darnell PEARSON to copy Protected Information contained in the discovery.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain with the Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising Darnell PEARSON, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

**[Remainder of this page intentionally left blank]**

7. In the event Darnell PEARSON substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: November 21, 2019  McGREGOR W. SCOTT
United States Attorney

By: /s/ *Laurel J. Montoya*
    LAUREL J. MONTOYA
    Assistant U.S. Attorney

DATED: November 21, 2019  By: /s/ Barbara O'Neill
    Barbara O'Neill
    Attorney for
    Darnell Pearson

IT IS SO ORDERED.

Dated: **November 22, 2019**      /s/ Lawrence J. O'Neill
    UNITED STATES CHIEF DISTRICT JUDGE