LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, CA Bar No. 258431
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: 503.857.0873

Attorney for Defendant/Appellant
DARNELL PEARSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>DARNELL PEARSON,<br><br>Defendant/Appellant. | USDC No. 1:19-CR-00013 DAD-SKO<br>USCA No. 20-10239<br><br><u>ORDER GRANTING APPELLATE<br>COUNSEL ACCESS TO SEALED RECORDS</u> |

Based upon the foregoing Motion for Order Authorizing Acquisition of Sealed Records by Appellate Counsel; Declaration of Counsel in Support, and for good cause shown, IT IS HEREBY ORDERED that the Clerk of the Court shall grant Defendant/Appellant Darnell Pearson's counsel of record, Jay A. Nelson, access to the following sealed records in the above-captioned case:

- ECF Nos. 1-4, 8, 29, 58-59;
- Pretrial Services report; and
- Sealed portion of reporter's transcript dated October 7, 2019.

IT IS FURTHER ORDERED that the foregoing materials shall be unsealed only for the limited purpose of providing access to attorney Jay A. Nelson in connection with his preparation of Mr. Pearson's direct appeal; that these materials shall remain sealed for all other purposes, including from the public; and that these materials shall neither be released to any other person nor filed in the public record absent further Court order.

IT IS SO ORDERED.

Dated:   **September 25, 2020**                                    /s/ Dale A. Drozd
 UNITED STATES DISTRICT JUDGE