LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, CA Bar No. 258431
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: 503.857.0873

Attorney for Defendant/Appellant
DARNELL PEARSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>DARNELL PEARSON,<br><br>Defendant/Appellant. | USDC No. 1:19-CR-00013 DAD-SKO<br>USCA No. 20-10239<br><br>**ORDER GRANTING APPELLATE COUNSEL ACCESS TO SEALED RECORDS** |

1   LIMITED UNSEALING ORDER

Based upon the foregoing Motion for Order Authorizing Acquisition of Sealed Records by Appellate Counsel; Declaration of Counsel in Support, and for good cause shown, IT IS HEREBY ORDERED that the Clerk of the Court and/or court reporter shall grant Defendant/Appellant Darnell Pearson's counsel of record, Jay A. Nelson, access to the following sealed records in the above-captioned case:

- Sealed portion of detention hearing transcript dated January 16, 2019; and
- Sealed portions of trial transcript dated January 21, 2020.

IT IS FURTHER ORDERED that the foregoing materials shall be unsealed only for the limited purpose of providing access to attorney Jay A. Nelson in connection with his preparation of Mr. Pearson's direct appeal; that these materials shall remain sealed for all other purposes, including from the public; and that these materials shall neither be released to any other person nor filed in the public record absent further Court order.

IT IS SO ORDERED.

Dated: __**November 6, 2020**__  

_____
UNITED STATES DISTRICT JUDGE