UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00013-JLT-SKO |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION |
| DARNELL PEARSON, | (Doc. 121) |
| Defendant. | |

Defendant Darnell Pearson filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 on April 21, 2023.  The Court reviewed the motion and would be aided by a response from the government.  Accordingly, the government shall have until **October 25, 2023** to file any opposition, and defendant Pearson shall have until **January 5, 2024** to file a reply.  The parties may request an alternate briefing schedule if so appropriate.

IT IS SO ORDERED.

Dated:   **July 27, 2023**

UNITED STATES DISTRICT JUDGE