PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:19-CR-00013-JLT-SKO |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME |
| v. | |
| DARNELL PEARSON, | |
| Defendant. | |

Having reviewed the government's request for an extension of time in this case, and considering that this is the first such extension request from the government, the litigation schedule in this matter shall be modified as follows: government's answer to the movant's motion shall be due December 25, 2023; movant's reply shall be due March 5, 2024.

IT IS SO ORDERED.

Dated: __October 20, 2023__                              _/s/ Jennifer L. Thurston_
                                                         UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME